WHEELING METAL FABRICATORS, INC., Respondent, v. ARCOLA PLUMBING & HEATING, INC., Appellant. — In an action to recover the agreed price and reasonable value of work, labor and services performed and materials furnished,

the appeal is from a judgment in favor of respondent, entered after trial by the court without a jury. Judgment reversed and new trial granted, with costs of appellant to abide the event. The finding in favor of respondent is, in our opinion, against the weight of the evidence. Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.